UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE RAMIREZ PAZ,<br><br>    Plaintiff,<br><br>  v.<br><br>BEIJIN BEST, INC., et al.,<br><br>    Defendants. | Case No.: C 10-01720 PSG<br><br>**FURTHER SCHEDULING ORDER** |

IT IS HEREBY ORDERED that the initial case management conference shall be held on Tuesday, February 15, 2011 at 2 p.m. and an updated joint case management statement shall be filed no later than Tuesday, February 8, 2011.

Dated: February 2, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER