1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11    JOSE RAMIREZ PAZ,                    )        Case No.: C 10-01720 PSG
                                           )
12                    Plaintiff,           )        **ORDER SOLICITING BRIEFING ON CLASS
                                           )        CERTIFICATION PROCEDURES**
13            v.                           )
                                           )
14    BEIJIN BEST, INC., et al.,           )
                                           )
15                    Defendants.          )
      _____ )

16

17          On September 21, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull

18    for a case management conference.  At the case management conference, Judge Trumbull set a

19    schedule for trial, final pretrial conference, and various pretrial deadlines including the last day for

20    hearing Plaintiff's motion for class notification[1] and the last day for hearing Defendants' motion to

21    decertify class.[2]  Although Plaintiff indicated in the Joint Case Management Conference Statement

22    that he intends to seek certification of a class under California law, no dates were set for any motion

23    for class certification under Federal Rules of Civil Procedure 23.[3]  A review of recent case law

24

25          [1]     *See Hoffmann La Roche, Inc. v. Sperling*, 493 U.S. 165 (1989) (approving trial court's authorization of
26    notice to potential class members under 29 U.S.C. section 216(b)).

27          [2]     *See, e.g., Leuthold v. Destination Am., Inc.*, 224 F.R.D. 462, 467 (N.D. Cal. 2004) (describing two-tier
      approach to class certification in FLSA class actions).

28          [3]     *See Leuthold.*, 224 F.R.D. at 469-70 (denying certification of class under Rule 23 in Fair Labor Standards
      Act case based on evaluation of "superiority" factors set forth in Rule 23(b)).

                                                ORDER

1   suggests that both a Fair Labor Standards Act "opt-in" class and a Rule 23 "opt-out" class may be

2   certified in the same case.[4]   Therefore,

3        IT IS HEREBY ORDERED that, no later than February 14, 2011, the parties shall submit

4   briefs of not more than five pages setting forth their positions with regard to whether it is appropriate

5   in the present case for the court to set deadlines for class certification motions under *both* the FLSA

6   "opt-in" class procedures and the Rule 23 "opt-out" class procedures.

7   Dated:  *February 11, 2011*

8                                                  Pare S. Aere
                                                 _____
                                                 PAUL S. GREWAL
9                                                United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28        [4] *See, e.g., Harris v. Vector Marketing Corp.*, --- F.Supp.2d ----, Case No. C-08-5198 EMC, 2010 WL 4588967, at *19-20 (N.D. Cal. Nov. 5, 2010), and *Murillo v. Pacific Gas & Elec. Co.*, 266 F.R.D. 468, 471-73 (E.D.Cal. Mar 05, 2010).

ORDER