1  CHRISTINE H. LONG, CA STATE BAR NO. 199676
   KARA L. ARGUELLO, CA STATE BAR NO. 221093
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  christine.long@berliner.com
   kara.arguello@berliner.com
6
   ATTORNEYS FOR DEFENDANTS BEIJING BEST, INC.;
7  MAXIM BEST CORPORATION; AND TAN YAN CHEUNG

8  JAMES DAL BON, CA STATE BAR NO. 157942
   TOMAS E. MARGAIN, CA STATE BAR NO. 193555
9  DAL BON & MARGAIN, APC
   28 NORTH 1ST STREET, SUITE 210
10 SAN JOSE, CA 95113
   TEL (408) 297-4729
11 FAX (408) 297-4728
   JDBLAW@EARTHLINK.NET
12 MARGAINLAW@HOTMAIL.COM

13 ATTORNEYS FOR PLAINTIFF JOSE RAMIREZ PAZ

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17 JOSE RAMIREZ PAZ,                      CASE NO. CV 10-01720 PSG

18              Plaintiff,                NOTICE OF SETTLEMENT, AND
                                          STIPULATION AND ORDER DISMISSING
19         v.                             ENTIRE ACTION WITH PREJUDICE

20 BEIJIN BEST, INC.; MAXIM BEST
   CORPORATION; TAN YAN CHEUNG,
21
                Defendants.
22

23                       **NOTICE OF SETTLEMENT**

24      Plaintiff Jose Ramirez Paz ("Plaintiff") and Defendants Beijing Best, Inc., Maxim Best

25 Corporation and Tan Yan Cheung (collectively, "Defendants"), by and through their respective

26 attorneys of record, hereby notify the Court that the above-captioned matter was resolved

27 through informal settlement negotiations on or about May 31, 2011.

28 ///

**STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

WHEREAS, the parties have fully executed a Confidential Settlement Agreement and Release of Claims;

WHEREAS, Defendants have fully performed by paying the entire amount of settlement as of June 27, 2011;

WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

WHEREAS, all that remains to be done in this case is the entry of an Order dismissing with prejudice the entire action;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. The Court should enter an Order dismissing with prejudice the entire action as to all parties.

Dated:  August 3, 2011                    BERLINER COHEN

                                          By /s/ Kara L. Arguello
                                          KARA L. ARGUELLO
                                          ATTORNEYS FOR DEFENDANTS
                                          BEIJING BEST, INC., MAXIM BEST
                                          CORPORATION AND TAN YAN
                                          CHEUNG

Dated:  August 3, 2011                    DAL BON & MARGAIN

                                          By /s/ James Dal Bon
                                          JAMES DAL BON
                                          ATTORNEYS FOR PLAINTIFF JOSE
                                          RAMIREZ PAZ

**ORDER**

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated:  September 12, 2011                /s/ Paul S. Grewal

                                          UNITED STATES XXXXXXXXXXXXXX XJUDGE
                                                              MAGISTRATE