1  CHRISTINE H. LONG, CA STATE BAR NO. 199676
   KARA L. ARGUELLO, CA STATE BAR NO. 221093
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  christine.long@berliner.com
   kara.arguello@berliner.com
6
   ATTORNEYS FOR DEFENDANTS BEIJING BEST, INC.;
7  MAXIM BEST CORPORATION; AND TAN YAN CHEUNG

8  JAMES DAL BON, CA STATE BAR NO. 157942
   TOMAS E. MARGAIN, CA STATE BAR NO. 193555
9  DAL BON & MARGAIN, APC
   28 NORTH 1ST STREET, SUITE 210
10 SAN JOSE, CA 95113
   TEL (408) 297-4729
11 FAX (408) 297-4728
   JDBLAW@EARTHLINK.NET
12 MARGAINLAW@HOTMAIL.COM

13 ATTORNEYS FOR PLAINTIFF JOSE RAMIREZ PAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE RAMIREZ PAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEIJIN BEST, INC.; MAXIM BEST CORPORATION; TAN YAN CHEUNG,<br><br>　　　　Defendants. | CASE NO. CV 10-01720 PSG<br><br>NOTICE OF SETTLEMENT, AND STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

### **NOTICE OF SETTLEMENT**

Plaintiff Jose Ramirez Paz ("Plaintiff") and Defendants Beijing Best, Inc., Maxim Best Corporation and Tan Yan Cheung (collectively, "Defendants"), by and through their respective attorneys of record, hereby notify the Court that the above-captioned matter was resolved through informal settlement negotiations on or about May 31, 2011.

///

**STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

WHEREAS, the parties have fully executed a Confidential Settlement Agreement and Release of Claims;

WHEREAS, Defendants have fully performed by paying the entire amount of settlement as of June 27, 2011;

WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

WHEREAS, all that remains to be done in this case is the entry of an Order dismissing with prejudice the entire action;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. The Court should enter an Order dismissing with prejudice the entire action as to all parties.

Dated:  August 3, 2011                                     BERLINER COHEN

By /s/ Kara L. Arguello
KARA L. ARGUELLO
ATTORNEYS FOR DEFENDANTS
BEIJING BEST, INC., MAXIM BEST
CORPORATION AND TAN YAN
CHEUNG

Dated:  August 3, 2011                                     DAL BON & MARGAIN

By /s/ James Dal Bon
JAMES DAL BON
ATTORNEYS FOR PLAINTIFF JOSE
RAMIREZ PAZ

**ORDER**

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated:  _ September 12, 2011                        /s/ Paul S. Grewal

UNITED STATES ~~XXXXXXXXXXXXXX~~ JUDGE
                      MAGISTRATE